ORIGINAL

FILED
AUG 2 8 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIGITAL TECHNOLOGIES, INC., )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

No.: 08-604 C

## NOTICE OF DIRECTLY-RELATED CASES

PLEASE TAKE NOTICE that on the 27th day of August, 2008, Plaintiff Digital Technologies, Inc. ("DTI") filed a Complaint against the United States of America ("Government") for a breach of contract and for abuse of discretion and bad faith arising out of a contract between DTI and the Government.

The instant Complaint involves DTI's Contract, which was the same contract involved in two prior actions in this Court. The first was an action brought by a disappointed offeror after award of the DTI Contract, to challenge the Government's determination to override the statutory stay of performance imposed by the Competition in Contracting Act (*Automation Technologies, Inc. v. The United States*, No. 1:06-cv-00599). The second was a subsequent bid protest brought by the same disappointed offeror challenging the Government's award of the DTI Contract (*Automation Technologies, Inc. v. The United States*, No. 1:06-cv-00694). Both of those cases were assigned to Judge Horn. Assignment to Judge Horn is likely to conserve judicial resources and promote an efficient determination of this action.

Dated: August 27, 2008

Respectfully submitted,

Daniel J. Kelly
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6526
(617) 326-3088 - Fax

*Of Counsel:*

Gary J. Campbell
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6558
(617) 326-3097 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2008, I caused a true and accurate copy of this Notice of Directly Related Cases to be served by overnight mail upon the attorney of record for each party listed below for the related cases:

Roger Allen Hipp
U. S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530

Gregg M. Schwind
U.S. Department of Justice - Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530

Walter Francis Zenner
Pillsbury, Winthrop
1650 Tysons Boulevard
McLean, VA 22102-4859

Daniel J. Kelly