ORIGINAL

FILED
AUG 28 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIGITAL TECHNOLOGIES, INC., )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

No.: 08-604 C

## RCFC 7.1 DISCLOSURE STATEMENT

COMES NOW the plaintiff, Digital Technologies, Inc., ("DTI") and submits this Disclosure Statement pursuant to Rule 7.1, Rules of the Unites States Court of Federal Claims.

DTI hereby states and certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: August 27 2008

Respectfully submitted,

Daniel J. Kelly
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6526
(617) 326-3088 - Fax

*Of Counsel:*

Gary J. Campbell
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6558
(617) 326-3097 - Fax